UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GULF SOUTH FRAMING SUPPLIES, INC., on behalf of itself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>ARKEMA INC., *et al.*<br>                    Defendants. | Case No. C 06-2323 JL<br><br>**[PROPOSED] ORDER APPOINTING APS INTERNATIONAL, LTD. SPECIAL PROCESS SERVER**<br><br>Date: None Set<br><br>Judge: Hon. James Larson |

IT IS HEREBY ORDERED THAT:

APS International, Ltd. is authorized to effect service of process on defendants, BASF A.G.; Röhm GmbH & Co. KG; and Degussa A.G. in Germany in accordance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters and international law.

Dated: May __15__, 2006.

IT IS SO ORDERED

*James Larson*

Judge James Larson
United States Magistrate Judge

mma.105

[PROPOSED] ORDER APPOINTING APS SPECIAL PROCESS SERVER, Case No. C 06-2323 JL