UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GULF SOUTH FRAMING SUPPLIES, INC., on behalf of itself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>ARKEMA INC., *et al*.<br><br>                    Defendants. | Case No. C 06-2323 JL<br><br>X̶X̶X̶X̶X̶X̶X̶X̶ [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br><br>Magistrate Judge: Hon. James Larson |

   WHEREAS this action was filed in the Northen District of California on March 31, 2006;

   WHEREAS plaintiffs Polymetrics, Inc. and A & P Foglia in *In re Methyl Methacrylate Antitrust Litigation*, MDL No. 1768 sought an order before the Judicial Panel on Multidistrict Litigation ("JPML") transferring similar actions to the Eastern District of Pennsylvania for consolidated pretrial proceedings;

   WHEREAS on April 27, 2006, the parties in this action submitted a stipulation and proposed Order Re: Extension of Time to Respond to Complaint providing that the time for the domestic defendants to answer, move or otherwise plead is enlarged until the alter of (1) the date when each defendant would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 30 days after the JPML rules on the pending motion and consolidates each such action in a single

1  Court, and a consolidated complaint is filed by all plaintiffs in a the single transferee Court and served
2  on defendants;
3      WHEREAS plaintiffs' counsel are undertaking service of process upon the foreign defendants
4  pursuant to The Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in
5  Civil or Commercial Matters;
6      WHEREAS on June 20, 2006, the JPML issued a Transfer Order transferring two similar actions
7  to the Eastern District of Pennsylvania where seven actions involving methyl methacrylate are now
8  assigned to the Honorable Timothy J. Savage for coordinated or consolidate pretrial proceedings;
9      WHEREAS the parties are in the process of seeking transfer of this action to the Eastern District
10  of Pennsylvania for coordinated or consolidated proceedings with the actions pending in that district;
11      WHEREAS a Case Management Conference is set in this action for July 5, 2006;
12      IT IS ORDERED THAT the Case Management Conference scheduled for July 5, 2006 in this
13  action is continued to September 13, 2006 at 10:30 A.M.
14      IT IS SO ORDERED.
15  Dated: July 6, 2006.

Hon. James Larson
United States Judge James Larson

*IT IS SO ORDERED*

20  mma.114.wpd