**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704

July 31, 2006

Richard W. Wieking, Clerk
U.S. District Court for the
Northern District of California
450 Golden Gate Avenue
P.O. BOX  36060
San Francisco, CA  94102-3489

RE:  Methyl Methacrylate Antitrust Litigation MDL 1768
(CTO-1) ND-CA 3:06-2323 JL

Dear Clerk:

Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation directing the transfer of the above Civil Action to this district under 28 U.S.C. §1407.

**Please enclose a certified copy of the docket entries and a certified copy of the transmittal order <u>when forwarding the original record</u>**.  Receipt of this order may be acknowledged on the copy of this letter.

If you have any questions, please call me at (267) 299-7018.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: Tom Dempsey
Tom Dempsey, Deputy Clerk
MDL Docketing Clerk

Enclosure

A CERTIFIED TRUE COPY

JUL 27 2006

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 11 2006

FILED
CLERK'S OFFICE

FILED

06 AUG -4 PM 12: 46

DOCKET NO. 1768

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE METHYL METHACRYLATE (MMA) ANTITRUST LITIGATION

*Gulf South Framing Supplies, Inc. v. Arkema, Inc., et al.*, N.D. California, C.A. No. 3:06-2323 JL

### CONDITIONAL TRANSFER ORDER (CTO-1)

On June 20, 2006, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___ F.Supp.2d ___ (J.P.M.L. 2006). With the consent of that court, all such actions have been assigned to the Honorable Timothy J. Savage.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Savage.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of June 20, 2006, and, with the consent of that court, assigned to the Honorable Timothy J. Savage.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]
Jeffery N. Luthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 27 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 7-31-06
ATTEST: [signature] Tom [illegible]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA